DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13CV24-RLV
(5:05CR33-RLV-DCK-1)


PAUL WESLEY GAITHER, JR.,       )
                                      )
                 Petitioner,     )
                                        )
        vs.                  )       **O R D E R**
                                        )
UNITED STATES OF AMERICA,     )
                                        )
                 Respondent.   )
_____ )


      UPON MOTION of the Government, (Doc. No. 16), to hold Petitioner's motion to vacate

brought under 28 U.S.C. § 2255 in abeyance pending resolution of the appeal in <u>United States v.</u>

<u>Surratt</u>, No. 14-6851, and to extend the time for filing of the Government's Response until 45

days from the issuance of the Fourth Circuit's mandate in <u>Surratt</u>,

      IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 16), is **GRANTED**.

The Government's Motion for Extension of Time to Respond to Petitioner's Motion to Vacate,

(Doc. No. 15), is **DENIED** as moot.


                                Signed: October 7, 2014

                                Richard L. Voorhees
                                United States District Judge